NORBETH PFEFFER, Appellant and Respondent, *v.* PHILIP KLING, Respondent and Appellant, et al., Respondent.

*Pfeffer* v. *Kling,* 58 App. Div. 179, affirmed.
(Argued May 22, 1902; decided June 10, 1902.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1901, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Clarence L. Barber* for plaintiff, appellant and respondent.

*Stillman F. Kneeland* and *Charles E. Thorn* for Philip Kling, respondent and appellant.

*Thomas D. Husted,* respondent, in person.

Judgment affirmed, without costs to either party; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

WILSON R. YARD, Respondent, *v.* ANNIE M. YARD, Appellant.

*Yard* v. *Yard,* 59 App. Div. 620, affirmed.
(Argued May 23, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William John Barr* for appellant.

*William P. Maloney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.